IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM D. FORD, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 17-00309-KD-N |
| | ) | |
| JOLLY SHIPPING, INC., *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations of the Magistrate Judge (Doc. 15) made pursuant to 28 U.S.C. § 636(b) and S.D. Ala. Gen. LR 72(b), and dated September 19, 2017, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiff's Motion to Remand (Doc. 7) is **DENIED**.

**DONE** and **ORDERED** this the **4th** day of **October 2017.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**