# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM D. FORD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:17-cv-00309 |
| | ) |
| **JOLLY SHIPPING, INC.-MAI, and** | ) |
| **YASA SHIPPING INDUSTRY,** | ) |
| | ) |
| **Defendants.** | ) |

## JOINT SETTLEMENT STATEMENT

COME NOW Plaintiff William D. Ford, and Defendants Jolly Shipping, Inc. and Ya/Sa Tanker Management S.A. (collectively "Defendants"), by and through undersigned counsel, and submit this Joint Settlement Statement:

The parties have exchanged offers / counter-offers, but there are no active settlement discussions at this time. However, the parties remain optimistic that this lawsuit might be resolved through the use of alternative dispute resolution procedures, such as mediation.[1]

---

[1] Defendants are business entities formed in the Marshall Islands and Turkey. The insurer involved is a P & I Club based in Sweden. Given the travel involved for defendants and/or their underwriter, it will be more cost-efficient for mediation to be held with counsel attending in person and Defendants' representatives participating or available by phone.

32323785 v1

The parties thank the Court for its patience, and apologize for their delay in submitting the instant Joint Settlement Statement.

Done this the 12th day of September, 2018.

                                                Respectfully submitted,

                                                *s/Richard W. Fuquay     (by permission)*
                                                Ross M. Diamond, III (DIAMR8302)
                                                ross@diamondfuquay.com
                                                Richard W. Fuquay  (FUQUR6214)
                                                richard@diamondfuquay.com

                                                Attorneys for Plaintiff
                                                William D. Ford

**OF COUNSEL:**
Diamond Fuquay, LLC
Dauphin 65 Office Complex
Post Office Drawer 40600
Mobile, Alabama 36640-0600
Telephone:  (251) 473-4443
Facsimile:   (251) 473-4486

          ***s/John P. Kavanagh, Jr.***
          JOHN P. KAVANAGH, JR. (KAVAJ1011)
          jkavanagh@burr.com
          KASEE S. HEISTERHAGEN (SPARK7253)
          ksparks@burr.com
          Attorneys for Defendants
          Jolly Shipping, Inc. and
          Ya/Sa Tanker Management S.A.

**OF COUNSEL:**
BURR & FORMAN LLP
Post Office Box 2287
Mobile, Alabama 36652
Telephone: (251) 344-5151
Facsimile:  (251) 344-9696